**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Joseph Harasyn,

      Plaintiffs,                      Civil No. 08-1776 (RHK/SRN)

vs.                                  **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

State of Minnesota, Minnesota's
Judicial Council, Anoka County
District Court Judge John C. Hoffman,
Janeen L. Massaros, Guardian Ad Litem,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 12, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge